# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                                             **PLAINTIFF**

**V.**                    **CASE NO. 5:12-CR-50066-001**

**RENE SERGIO VILLANUEVA-CAMACHO**                                **DEFENDANT**

## ORDER FOR REMISSION OF FINE

Currently before the Court is the Government's Petition for Remission of Fine (Doc. 27). The Court, being well and sufficiently advised, finds and orders as follows:

1. On July 18, 2013, Defendant was sentenced to 77 months incarceration, no term of supervised release due to anticipated deportation, a $100.00 special assessment, and a $1,000.00 fine. The special assessment was paid in full, but Defendant owes a fine balance of $1,000.00.

2. The United States now moves to remit Defendant's fine pursuant to 18 U.S.C. § 3573, which provides:

> Upon petition of the Government showing that reasonable efforts to collect a fine . . . are not likely to be effective, the court may, in the interest of justice –
>
> (1) remit all or part of the unpaid portion of the fine or special assessment, including interest and penalties.
>
> This statute shall apply to all fines and assessments, irrespective of the date of imposition.

3. The Government states that Defendant was deported and there is no reasonable likelihood the remaining fine can be collected.

**IT IS THEREFORE ORDERED** that the Government's Petition for Remission of Fine (Doc. 27) is hereby **GRANTED** and Defendant's remaining fine balance is **REMITTED**.

**IT IS SO ORDERED** on this 16th day of January, 2025.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE